≋AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

| | |
|---|---|
| Date | /s/ ERICA K. ZUNKEL |
| | Signature |
| | |
| | Print Name                                  Bar Number |
| | |
| | Address |
| | |
| | City              State              Zip Code |
| | |
| | Phone Number                              Fax Number |

1  **ERICA K. ZUNKEL**
   California State Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erica_zunkel@fd.org

5  Attorneys for Everardo Barrios-Diaz

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                (HONORABLE JAN M. ADLER)

11 UNITED STATES OF AMERICA,        )  Case No. 08MJ1704
                                    )
12           Plaintiff,              )
                                    )
13 v.                                )  **CERTIFICATE OF SERVICE**
                                    )
14 EVERARDO BARRIOS-DIAZ,            )
                                    )
15           Defendant.              )
   _____  )

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                U.S. Attorney CR
                  Efile.dkt.gc2@usdoj.gov

21                     Respectfully submitted,

23 DATED:      June 10, 2008           /s/ Erica K. Zunkel
                                       **ERICA K. ZUNKEL**
24                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Everardo Barrios-Diaz